LUDWIG B. PROSNITZ, Respondent, v. GENERAL ARC LIGHTING COMPANY, INC., Appellant.— Judgment and order reversed, with costs, and the motion denied on the ground that there are triable issues. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

In the Matter of RUTH E. DRAKE, Judgment-Creditor-Respondent, against FREDERIC N. DRAKE, Judgment-Debtor-Appellant.— Order dated September 26, 1944, and entered September 27, 1944, unanimously affirmed. The first payment under the said order became due on September 29, 1944. As a consequence the order dated November 10, 1944, and entered November 13, 1944, adjudging the judgment debtor in contempt is unanimously reversed and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DONALD FLAMM, Appellant, v. EDWARD J. NOBLE, Respondent.— Order unanimously modified so as to allow examination of defendant before trial concerning the existence of the alleged conspiracy, and the commission of the overt acts in furtherance thereof set forth in the complaint, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.